J-A07014-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| IN RE:  A.C., A MINOR | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| APPEAL OF:  SOMERSET COUNTY CHILDREN & YOUTH SERVICES | |
| | No. 1420 WDA 2014 |

Appeal from the Order July 21, 2014
In the Court of Common Pleas of Somerset County
Orphans' Court at No(s): 14 Adoption 2013

BEFORE:  BENDER, P.J.E., LAZARUS, J., and MUNDY, J.

CONCURRING STATEMENT BY **LAZARUS, J.:**          **FILED MAY 11, 2015**

I join the Majority.  However, I write separately to distance myself from the Majority's conclusion that the orphans' court abused its discretion by denying CYS's petitions to terminate the parental rights of Mother and Father.

When the trial court entered its order on July 24, 2014, it did so in reliance on this Court's decision in *In re D.C.D.*, 91 A.3d 173, 179 (Pa. Super. 2014), which our Supreme Court reversed on December 15, 2014. *In re D.C.D.*, 105 A.3d 662 (Pa. 2014).  The trial court decided this matter according to then-existing law, and therefore, I do not believe that it abused its discretion.  Rather, we remand because "a new rule of law is applied retroactively so that a party whose case is pending on direct appeal is entitled to the benefit of changes in the law." *Walnut Street Associates v. Brokerage Concepts, Inc.*, 20 A.3d 468, 479 (Pa. 2011) (citation omitted).